AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District Of Texas
FILED
JAN 7 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon Ryan HAYDEN (Y.O.B. 1994)<br>Citizenship: United States<br><br>_____<br>Defendant(s) | )<br>)<br>)  Case No. M-20-0024-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2020__ in the county of __Hidalgo__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to possess with the intent to import into the United States from Mexico and distribute a detectable amount of methamphetamine (more than 500 grams), a Schedule II controlled substance, and a detectable amount of heroin (more than 500 grams), a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved on 1/7/2020 by AUSA
Kristina Pehuala
KP

Sworn to before me and signed in my presence. @ 4:11pm

Date: 01/07/2020

City and state: McAllen, Texas

_____
Complainant's signature

Evan Ratcliff - HSI Special Agent
Printed name and title

_____
Judge's signature

J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

**Attachment A**

On January 6, 2020, at approximately 1812 HRS, a 1997 Ford F-150 displaying Texas license plate BN63140 entered the United States from Mexico for inspection at the Progreso, Texas, Port of Entry. United States Customs and Border Protection Officers (CBPO) referred the vehicle for secondary inspection. Once at secondary, CBPOs conducted an X-Ray scan and deployed a narcotics detection K-9 on the vehicle. The K-9 alerted to the presence of narcotics emanating from the vehicle, and the X-Ray showed multiple anomalies in the rear portion of the truck. CBPOs located four trap door compartments in the bed of the F-150 and extracted approximately 110 packages of a crystal substance that later tested positive for methamphetamine, and 7 packages of a brown powder substance that later tested positive for heroin. The total weight of the narcotics and wrappings were 59.64 kilograms of methamphetamine and 8.22 kilograms of heroin.

Homeland Security Investigation (HSI) Special Agent (SA) Evan Ratcliff responded to the POE and interviewed the driver of the F-150. During an interview of the driver, identified as Brandon Ryan HAYDEN, he initially claimed that he was not aware that the vehicle contained narcotics, however, he informed agents that an individual had previously approached him about smuggling narcotics into the United States in exchange for payment. HAYDEN stated that earlier on January 6, 2020, he received the Ford 150 from the individual who previously approached him about smuggling narcotics. During the interview, HAYDEN made several inconsistent statements concerning what he was going to do once he entered the United States in the Ford 150. After making these statements, HAYDEN informed agents that we was going to tell them the truth, and that he was supposed to deliver the vehicle back to the individual who had provided it to him. Additionally, agents located messages on HAYDEN's phone indicating that prior to the seizure he was conversing with that individual about transporting narcotics.